# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | Registration / Application Number | Videographer | CMI Claim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=8u5U8KSCJ-I | https://www.youtube.com/watch?v=HofVdO_R_A | Awaiting Certificate | 10/10/2018 Panama City Beach, Florida Hurricane Michael Explodes Houses Into Pieces | 1-14279214452 | Aaron Rigsby | No |
| 2 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=B-oCRxnK2es | https://www.youtube.com/watch?v=c4dMhZEMcBg | Awaiting Certificate | 3-3-2019 Tabotton, Ga Tornado Damage, homes gone, cars flipped, trees snapped, injuries drone aerial | 1-14279742071 | Brandon Clement | No |
| 3 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=wCK65mgHp1A | https://www.youtube.com/watch?v=6GwQ2rm1Mhs | Awaiting Certificate | 09-13-18 North Topsail Beach, NC - Surge coming over roadway and knocking down photog | 1-14279704538 | Ryan Cartee | No |
| 4 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=5M4V5RNkaNO | https://www.facebook.com/wxchasing/videos/638883676443266 | Awaiting Certificate | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | 1-14217640861 | Brandon Clement | No |
| 5 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=mZipfVkfVw4 | https://www.youtube.com/watch?v=Z1oo-bxO5MM | Awaiting Certificate | 7-13-2019 Myrtle Grove, La Major levee overtopping from Hurricane Barry, HWY 23 to be closed drone | 1-14279742100 | Brandon Clement | Yes |
| 6 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=jg_ds_WNCF8 | https://www.youtube.com/watch?v=UGXOlDyb8bg | Awaiting Certificate | 10-10-2018 Panama City, Fl Hurricane Michael, flying drone through school, buildings collapsed | 1-14279742388 | Brandon Clement | No |
| 7 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=7HDn4qZyTps | https://www.youtube.com/watch?v=vzo5AD6jLCQ | Registered | Quad State Supercell - Benton Bowling Green Bremen Cayce Kentucky Tornado And Aftermath - December 2021. | PA 2-341-655 | Brandon Clement | No |
| 8 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=ghwjDjXzBBo | https://x.com/NickGormanWX/status/1783950735434031233 | Registered | Lincoln Nebraska Tornado Crossing I-80 | PA 2-486-256 | Nick Gorman | Yes |
| 9 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=ghwjDjXzBBo | https://x.com/ChrisJacksonSC/status/1784123520626118890 | Awaiting Certificate | The fact no one was critically injured or worse in the small town of Minden, Iowa as this large tornado was directly impacting it is truly a miracle. | 1-14279214390 | Chris Jackson | No |
| 10 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=qsixXp7a2xA | https://www.youtube.com/watch?v=VkaGJohe15O | Awaiting Certificate | 01-12-2023 Selma, AL - Large Tornado Close Range and Damage | 1-14279214480 | Ryan Cartee | No |
| 11 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=DYT9-vVpgH0 | https://www.youtube.com/watch?v=IkDBmsGlG7U | Awaiting Certificate | Haboob: A Decade of Dust (4K) | | Mike Olbinski | No |
| 12 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=yoHCYXiHC8I | https://x.com/MikeTheiss/status/1432068864498601995 | Awaiting Certificate | Hurricane Ida making landfall right now in Houma, Louisiana. Eyewall imminent!! | 1-14279214361 | Mike Theiss | No |
| 13 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=VOShWSnRu4Q | https://www.youtube.com/watch?v=bdpa0y2hHXU | Registered | 9.28.2022_Hurricane Ian Florida Coast Surge. | PA 2-388-966 | Reed Timmer | No |
| 14 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=izk7DJgZsvA | https://www.youtube.com/watch?v=IEFGKMWYD-E | Awaiting Certificate | INCREDIBLE TORNADO VS WIND TURBINE DRONE FOOTAGE | | Reed Timmer | No |
| 15 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=feDtSH-Jxkg | https://www.facebook.com/watch/?v=557784499112578 | Registered | 04292022_ANDOVER GROUND FOOTAGE. | PA 2-360-279 | Reed Timmer | No |