Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 5:24-cv-06854-LBF |
| Plaintiff, | **APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE, | |
| Defendants. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant AURELIEN JARDIN AND SOCIETE EDITRICE DU MONDE ("Defendants") hereto on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  The Declaration of Matthew L. Rollin in Support of Motion for Entry of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates that on November 26, 2024, Defendants were served with their Summons and the Complaint by alternate service by serving Defendants via the email address provided by Defendants, with a direct link to the www.sriplaw.com/notice website where all documents associated with this matter available for Defendants to access and download.

1     The time allowed for Defendants to respond to the Complaint has expired.  Neither Viral
2 DRM nor the Court has granted Defendants an extension of time to respond to the Complaint.
3 Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any
4 Answer or other response upon Viral DRM's attorney of record.
5     Viral DRM is informed and believes that Defendants are not considered infants or
6 incompetent persons.
7     Viral DRM is informed and believes that the Servicemembers Civil Relief Act does not
8 apply, as Defendants is a foreign individual.
9     WHEREFORE, Plaintiff VIRAL DRM LLC requests that a default be entered by the Clerk
10 against Defendant AURELIEN JARDIN AND SOCIETE EDITRICE DU MONDE and for such
11 other and further relief as to the Court deems just and proper in the premises.

13 DATED:  December 23, 2024             Respectfully submitted,

                                       */s/ Matthew L. Rollin*
                                       MATTHEW L. ROLLIN
                                       **SRIPLAW, P.A.**
                                       *Counsel for Plaintiff Viral DRM LLC*

2