# EXHIBIT A

Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 5:24-cv-06854-LBF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE, | |
| Defendants. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby submits its Proof of Service of the Summons and Complaint directed to Defendant AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE ("Defendants").

On November 26, 2024, Viral DRM served the summons, Complaint and Order granting the Motion for Alternative Service to Defendants via the email address provided by Defendants. The email included a direct link to the www.sriplaw.com/notice website where all documents associated with this matter are available for Defendants to access and download. Attached hereto as **Exhibit 1** is the email sent to Defendants.

1 | DATED: November 26, 2024 | Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Viral DRM LLC*

# Exhibit 1

 Outlook

## Viral v. Jardin & du Monde - 5:24-cv-06854-BLF

| | |
|---|---|
| From | Matthew Rollin <matthew.rollin@sriplaw.com> |
| Date | Tue 2024-11-26 2:47 PM |
| To | 'ajardin@vmmagazines.com' <ajardin@vmmagazines.com> |
| Cc | Copyright Management <copyright@viraldrm.com>; Tyler Unfer <tyler.unfer@sriplaw.com>; Juan Galindo <juan.galindo@sriplaw.com>; Dee Tompaku <dee.tompaku@sriplaw.com>; JJ James <jamie.james@sriplaw.com> |

🔗 5 attachments (885 KB)
DE 0011 Granting in Part Motion for Alternative Service.pdf; 28486-DE 0001. COMPLAINT for Intellectual Property Infringement and Removal of Copyright Management Information aga (2024.09.30).pdf; 28486-DE 0004. Initial Case Management Scheduling Order with ADR Deadlines- Case Management Statement due by 1226 (2024.09.30).pdf; 28486-DE 0009. CLERKS NOTICE RESETTING CASE MANAGEMENT CONFERENCE AFTER REASSIGNMENT. Case Management Statement du (2024.10.02).pdf; DE 0013. Summons Issued as to Aurelien Jardin Societe Editrice du Monde. (2024.11.26).pdf;

PLEASE TAKE NOTICE. A lawsuit has been filed against you.

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney whose information appears below and on the attached documents.
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

All the documents in this case are collected and posted online at the following link: https://www.sriplaw.com/notice/.



**Matthew L. Rollin**
Associate
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
Direct: (323) 452-5600
Office: (561) 404-4350
matthew.rollin@sriplaw.com
www.sriplaw.com

This message may contain confidential and privileged attorney-client communications. If you are not the intended recipient, please do not forward or copy this message. Instead, please delete this message immediately.