**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIRAL DRM LLC, <br>         Plaintiff, <br> v. <br> AURELIEN JARDIN, et al., <br>         Defendants. | Case No. 24-cv-06854-BLF <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

On December 27, 2024, default was entered as to Defendants Aurelien Jardin and Societe Editrice du Monde. ECF 17. The Case Management Conference scheduled on January 9, 2025, is hereby VACATED. Plaintiff SHALL file a motion for default judgment within forty-five (45) days of the date default was entered.

**IT IS SO ORDERED.**

Dated: January 3, 2025

_____
BETH LABSON FREEMAN
United States District Judge