Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
*VIRAL DRM LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | Case No.: 5:24-cv-06854-BLF |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| v. | The Honorable Beth Labson Freeman |
| AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE, | Date: April 24, 2025 |
| Defendants. | Time: 9:00 a.m. PT |
| | Courtroom: 3 – 5th Floor |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff VIRAL DRM LLC ("Plaintiff"), by and through its attorneys, hereby moves for an application for entry of default judgment against Defendants AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE ("Defendants"). This motion is scheduled on April 24, 2025 at 9:00 a.m. before the Honorable Beth Labson Freeman, in the San Jose Courthouse, Courtroom 3, 5th Floor, at 280 South 1st Street, San Jose, California 95113.

Plaintiff seeks entry of default judgment for Plaintiff's claims of copyright infringement, misrepresentation, and falsification of copyright management information against Defendants, an

award of damages pursuant to 17 U.S.C. §§ 504, and 1203, and an injunction pursuant to 17 U.S.C. § 502 permanently enjoining Defendants from further infringement.

DATED: February 10, 2025                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
Attorneys for Plaintiff Viral DRM LLC