Supplemental
Exhibit
1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | Registration / Application Number | Videographer | CMI Claim | Statutory damages |
|-----|------|-------------|------------------|-----------------|---------------------|---------------|-----------------------------------|--------------|-----------|-------------------|
| 1 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=8a5U9KSCI-I | https://www.youtube.com/watch?v=bI5SU_jX_b | Registered | 10/10/2018 Panama City Beach, Florida Hurricane Michael Explodes Houses Into Pieces | PA 2-499-375 | Aaron Rigsby | No | No |
| 2 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=8-oCKmK2es | https://www.youtube.com/watch?v=kdMbZEMcBg | Registered | 3-3-2019 Taloelton, Ga Tornado Damage, homes gone, cars flipped, trees snapped, injuries drone aerial | PA 2-499-405 | Brandon Clement | No | No |
| 3 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=vCK6SmgHp1A | https://www.youtube.com/watch?v=6GnQZim1Mbo | Awaiting Certificate | 09-13-18 North Topsail Beach, NC - Surge coming over roadway and knocking down photog | PA 2-499-369 | Ryan Carloe | No | No |
| 4 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=5MiVjBNkaNjQ | https://www.facebook.com/exchasing/videos/638883676443266 | Registered | 5-5-2018 Leilani Estates, Hi Volcano eruption wall of lava overtakes home, busts open gate then eats car | PA 2-495-581 | Brandon Clement | No | No |
| 5 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=mZipV3zVw4 | https://www.youtube.com/watch?v=ZLoo-hvQZMM | Registered | 7-13-2019 Myrtle Grove, La Major levee overtopping from Hurricane Barry, HWY 23 to be closed drone | PA 2-499-403 | Brandon Clement | Yes | No |
| 6 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=tg_da_WNCF8 | https://www.youtube.com/watch?v=UGN0Dcb9fbg | Registered | 10-10-2018 Panama City, Fl Hurricane Michael, flying drone through school, buildings collapsed | PA 2-499-401 | Brandon Clement | No | No |
| 7 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=7HDt4qZyTps | https://www.youtube.com/watch?v=xo5ADbLCQ | Registered | Quad State Supercell - Benton Bowling Green Bremen Cayce Kentucky Tornado And Aftermath - December 2021 | PA 2-341-655 | Brandon Clement | No | Yes |
| 8 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=gbwJfXz8Bo | https://x.com/NickGorman90X/status/1783950735434031233 | Registered | Lincoln Nebraska Tornado Crossing I-80 | PA 2-486-256 | Nick Gorman | Yes | Yes |
| 9 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=gbwJfXz8Bo | https://x.com/ChrisJackson6C/status/1784123526261189 | Awaiting Certificate | The fact no one was critically injured or worse in the small town of Minden, Iowa as this large tornado was directly impacting it is truly a miracle. | 1-14279214390 | Chris Jackson | No | No |
| 10 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=qoiXpTaZvA | https://www.youtube.com/watch?v=VkaGJcbr1SQ | Registered | 01-11-2023 Selma, AL - Large Tornado Close Range and Damage | PA 2-499-373 | Ryan Carloe | No | No |
| 11 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=f3YTt-vVpqH0 | https://www.youtube.com/watch?v=6kDBmoGK7U | Awaiting Certificate | Haboob: A Decade of Dust (4K) | PA 2-495-808 | Mike Olbinski | No | No |
| 12 | Le Huffington Post | 1.33M | http://www.youtube.com/watch?v=yoHCYAHC9I | https://x.com/MikeTheiss/status/1432668664966995 | Registered | Hurricane Ida making landfall right now in Houma, Louisiana. Eyewall imminent!! | PA 2-499-399 | Mike Theiss | No | No |
| 13 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=VO9h9Sn8u4Q | https://www.youtube.com/watch?v=bdpaOyZt4VU | Registered | 9.28.2022_Hurricane Ian Florida Coast Surge. | PA 2-388-966 | Reed Timmer | No | Yes |
| 14 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=xk7D5g2o-A | https://www.youtube.com/watch?v=fEFGKMWVD-E | Registered | INCREDIBLE TORNADO VS WIND TURBINE DRONE FOOTAGE | PA 2-491-731 | Reed Timmer | No | Yes |
| 15 | Le Huffington Post | 1.33M | https://www.youtube.com/watch?v=6rD0SH-I-kg | https://www.facebook.com/watch?v=557764499112378 | Registered | 04292022_ANDOVER GROUND FOOTAGE. | PA 2-360-279 | Reed Timmer | No | Yes |