1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE,<br><br>Defendants. | Case No.: 5:24-cv-06854-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AURELIEN JARDIN AND SOCIETE EDITRICE DU MONDE** |

On December 27, 2024, this Court entered default against AURELIEN JARDIN and SOCIETE EDITRICE DU MONDE ("Defendants") [ECF 17].

On April 24, 2025, Plaintiff Viral DRM LLC ("Plaintiff") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

NOW THEREFORE, considering all papers and matters presented for good cause shown, JUDGMENT IS ENTERED IN FAVOR OF VIRAL DRM LLC AND AGAINST AURELIEN JARDIN AND SOCIETE EDITRICE DU MONDE ("Defendants").

**JUDGMENT IS ENTERED AS FOLLOWS:**

**A.  Plaintiff's application for default judgment is GRANTED.**

**B.  Permanent Injunctive Relief:**

1

1. Defendants, their officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

   i. Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted works or to participate or assist in any such activity; and/or

   ii. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted works.

**C. Statutory Copyright Damages:**

1. Plaintiff shall recover $750,000.00 in statutory damages from Defendants for copyright infringement.

**D. Statutory Damages for Removal of Copyright Management Information:**

1. Plaintiff shall recover $50,000.00 in statutory damages for Defendants' removal of copyright management information.

**E. Amount Plaintiff Shall Recover From the Defendants:**

1. Plaintiff shall recover $800,000.00 from Defendants for copyright infringement, removal of copyright management information and damages for bath faith and false counternotices.

**F. Post-Judgment Interest:**

1. Plaintiff shall recover post judgment interest at the applicable rate from the date of entry of this judgment.

**G. Order Directing Google LLC to Disclose Amount Frozen in AdSense's Accounts and Order Directing Google LLC to Pay Over Funds to Plaintiff:**

1. This Order shall apply to the defendants, the defendants' YouTube channel, and any other YouTube channels, websites, or financial accounts which are being used by the defendants for the purpose of pirating the plaintiff's copyrighted works. Defaulting Defendants and all financial

institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Defendants' Google Accounts, YouTube Accounts, and AdSense Accounts and their related companies and affiliates on which this court imposed restraints under the Preliminary Injunction are ordered to continue those restraints until the judgment is fully satisfied the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

2. Within five business days of being served this judgment, Google LLC is ordered to provide Plaintiff with the balance(s), if any, of the AdSense Accounts belonging to Defendants.

3. Within five business days thereafter, Google LLC shall pay over the amounts in those accounts in satisfaction of the judgment. If, after paying over the amounts in those accounts, the judgment remains unsatisfied in whole or in part, then the restraint shall continue in place until the full amount of the judgment owed to the Plaintiff is satisfied.

This is a FINAL JUDGMENT for which execution shall issue.

The Court denies all relief not granted in this judgment.

**SO ORDERED.**

DATED:

UNITED STATES DISTRICT JUDGE
HON. BETH LABSON FREEMAN